BEFORE THE SECOND DIVISION, NOVEMBER 2, 1938

**No. 39735.**—Protests 748477–G, etc., of Saks & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of knit wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39736.**—Protests 820817–G, etc., of Saks & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of wool lace wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 39737.**—Protests 982354–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) knit wool outerwear at 45 cents per pound and 50 percent ad valorem under paragraph 1114, Abstract 16064 followed; (2) filet laces similar to those passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) at 75 percent under paragraph 1430; (3) embroidered apparel similar to that involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) at 75 percent under paragraph 1430; and (4) artificial flowers the same as those passed upon in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) at 60 percent under paragraph 1419.